IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the matter of the complaint and arrest warrant for DANIEL ALLEN CHILDERS | Case No. 1:23-mj-00023-WCM<br><br>**Filed Under Seal** |

## ORDER TO SEAL

UPON MOTION of the United States of America for an order directing that the Affidavit, Complaint, Arrest Warrant, Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter,

**IT IS HEREBY ORDERED** that the foregoing materials be sealed until further order of this Court.

Signed: April 6, 2023

*/s/ W. Carleton Metcalf*

W. Carleton Metcalf
United States Magistrate Judge