IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the matter of the complaint and arrest warrant for DANIEL ALLEN CHILDERS | Case No. 23-mj-00023-WCM<br><br>**Filed Under Seal** |

FILED
Asheville
Apr 07 2023
U.S. District Court
Western District of N.C.

### ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that the Affidavit, Complaint, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.


SO ORDERED on this 7th day of April, 2023.


W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE